**No. 51405.**—Protest 557061–G of Fujii Junichi Shoten, Ltd. (Honolulu).

Opinion by COLE, J. It was conceded that the fish is identical in all material respects with that passed upon in *United States* v. *Enbun* (19 C. C. P. A. 79, T. D. 45224) wherein the merchandise was found to be "dried, unsalted fish, known as bonita, which had been shaved or shredded," the court concluding that "the language 'dried fish' is more specific than the general language fish 'otherwise prepared or preserved'." Following the statutory construction applied in the cited case, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 13, 1946

**No. 51406.**—Protests 491021–G, etc., of Lewis & Locke, Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiff was sustained.